ACCEPTED
05-14-01412-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
2/18/2015 4:19:56 PM
LISA MATZ
CLERK

CAUSE NO. 05-14-01412-CR

THE COURT OF APPEALS
FOR THE FIFTH DISTRICT OF TEXAS
AT DALLAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
2/18/2015 4:19:56 PM
LISA MATZ
Clerk

_____

BENITO SILVERIO,
APPELLANT

V.

THE STATE OF TEXAS,
APPELLEE.

_____

203RD JUDICIAL DISTRICT COURT
DALLAS COUNTY, TEXAS
CAUSE NO. F12-15745-P

_____

APPELLANT'S MOTION FOR EXTENSION OF TIME
TO FILE BRIEF

_____


BRUCE ANTON
State Bar No. 01274700

SORRELS UDASHEN & ANTON
2311 Cedar Springs Road
Suite 250
Dallas, Texas 75201
214/468-8100
214/468-8104 - fax
ba@sualaw.com

Attorney for Appellant

1

COMES NOW, Benito Silverio, Appellant herein, and moves this court to issue an extension of time to file Appellant's Brief, and support thereof would show the court as follows:

I.

Appellant's Brief is due on February 19, 2015. Attorney for the Appellant requests an additional 30 days, until March 21, 2015, to file the brief.

II.

The number and style of the case in the District Court is F12-15745-P *State of Texas v. Benito Silverio.*

III.

In cause number F12-15745-P, Appellant was convicted of burglary of a habitation with intent to commit other felony. The Appellant plead guilty to the offense and was sentenced before the judge to twenty five years' confinement.

IV.

The reason for this request is that during the last few weeks counsel has been preparing a petition for discretionary review in *Deon Reese Evans v. The State of Texas,* case no. PD-1646-14 in the Texas Court of Criminal Appeals, preparing for and attending trial in *State of Texas v. Lisa Elizabeth Brown*, case no. F-1314114 in the 203rd Judicial District Court of Dallas County, Texas, preparing an Appellant's Brief in *Christopher Barber v. The State of Texas*, case no.05-14-00602-CR in the

Fifth Court of Appeals of Texas, and also preparing a petition for discretionary review in *Kassandra Martinez-Hernandez v. State of Texas*, Fifth Court of Appeals case no. 05-14-00426-CR in the Texas Court of Criminal Appeals.

V.

For the reasons set out above, counsel for Benito Silverio will, in reasonable likelihood, be unable to submit the briefing requested by this court. Counsel is asking for an extension of time of 30 days, or until approximately March 21, 2015, to file the brief.

WHEREFORE, PREMISES CONSIDERED, Appellant requests this court to grant an extension of time to file his Appellant's Brief until March 21, 2015.

RESPECTFULLY SUBMITTED,

　/s/ Bruce Anton　　　　　　_
BRUCE ANTON
State Bar No. 01274700

SORRELS UDASHEN & ANTON
2311 Cedar Springs, Suite 250
Dallas, Texas 75201
(214) 468-8100
(214) 468-8104 - fax
ba@sualaw.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above entitled motion for extension of time to file brief was delivered via U.S. mail to the Dallas County District Attorney's Office, Appellate Division, Frank Crowley Courts Building, LB19, 133 N. Industrial Blvd., Dallas, Texas 75207 on February 18, 2015.

   /s/ Bruce Anton     _
BRUCE ANTON